## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MEGAN BROWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| FLANIGAN'S ENTERPRISES, INC. OF ) | 1:13-cv-3060-ODE |
| GEORGIA d/b/a MARDI GRAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated:  December 2, 2013

| | |
|---|---|
| */s/ Andrew L. Weiner* | */s/ Dean R. Fuchs (w/* |
| Andrew L. Weiner | *permission)* |
| Georgia Bar No. 808278 | Dean R. Fuchs |
| THE WEINER LAW FIRM LLC | Georgia Bar No. 279170 |
| 3525 Piedmont Road | drf@swtlaw.com |
| 7 Piedmont Center, 3rd Floor | W. Scott Schulten |
| Atlanta, GA 30305 | Georgia Bar No. 630272 |
| Tel: (404) 254-0842 | wss@swtlaw.com |
| Fax: (866) 800-1482 | SCHULTEN WARD & |
| | TURNER LLP |

*Attorneys for Plaintiff*                           260 Peachtree Street, NW
                                                    Suite 2700
                                                    Atlanta, GA  30303
                                                    (404) 688-6800
                                                    (404) 688-6840 (Fax)

                                                    *Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MEGAN BROWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| FLANIGAN'S ENTERPRISES, INC. OF ) | 1:13-cv-3060-ODE |
| GEORGIA d/b/a MARDI GRAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2013, I electronically filed the foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Dean R. Fuchs
Georgia Bar No. 279170
drf@swtlaw.com
W. Scott Schulten
Georgia Bar No. 630272
wss@swtlaw.com
SCHULTEN WARD & TURNER LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303

By: s/Andrew Weiner_____
Counsel for Plaintiff